UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD FLORENCE,<br>Plaintiff,<br>v.<br>NANCY A. BERRYHILL,<br>Defendant. | Case No. 17-cv-01115-EDL<br><br>**JUDGMENT** |

This action came before the Court, Magistrate Judge Elizabeth D. Laporte presiding, and the issues have been duly heard and considered and a decision having been fully rendered,

IT IS ORDERED AND ADJUDGED that in accordance with the Court's Order of March 30, 2018, Defendant's Motion for Summary Judgment is GRANTED.

**IT IS SO ORDERED.**

Dated: March 30, 2018

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge